Commonwealth *v.* Firmstone, Appellant.

Submitted September 11, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Nathaniel Firmstone,* appellant, in propria persona.

*Bertram S. Murphy,* First Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 15, 1962:
The order of the court below dismissing petition for allowance of appeals nunc pro tunc is affirmed on the per curiam opinion of the court, as reported in 28 Pa. D. & C. 2d 483.